# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136260(108)(109)(110)

FRANK RICHARD JACOBSON,
          Plaintiff-Appellant,

v                                                        SC: 136260
                                                         COA: 273708
                                                         Washtenaw CC: 06-000289-CH
NORFOLK DEVELOPMENT CORPORATION,
          Defendant-Appellee.

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED, and the motion for miscellaneous relief is DENIED.  The motion for reconsideration of this Court's June 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



　　　　I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
d1020                                                           Clerk